IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD JOHNSON,<br><br>    Petitioner,<br><br>vs.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,<br><br>    Respondent. | 4:18CV3136<br><br>**ORDER** |

  Petitioner has submitted a motion to proceed in forma pauperis. ([Filing No. 1](#).) After reviewing the request, I will deny the motion without prejudice to reassertion. From a review of the motion, it appears Petitioner has sufficient funds to pay the costs of this suit. It appears he has an unencumbered home, $2,600 in a savings account, as well as a 401K valued at $45,551.

  Accordingly,

  **IT IS ORDERED** that Petitioner's motion to proceed in forma pauperis ([Filing No. 1](#)) is denied.

  Dated this 15th day of October, 2018.

                BY THE COURT:

                s/ Susan M. Bazis
                United States Magistrate Judge